UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN -6 A 11: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO. 03CV12517-MEL

MFC COMMUNICATIONS, INC. and OMNIPOINT HOLDINGS, INCORPORATED,

Plaintiffs

v.

THE TOWN OF STOUGHTON, THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO DiGIAMPIETRO, HERBERT HUSMON, STEVEN D. MITCHELL, and WILLIAM FRANCIS, individually and as they are members of the STOUGHTON ZONING BOARD OF APPEALS,

Defendants

ASSENTED-TO MOTION TO ENLARGE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING

The Defendants hereby move that the time for the filing of a responsive pleading in this matter be enlarged up to and including January 30, 2004. As grounds for this motion, Defendants rely on the following:

1. This action raises claims under the Federal Telecommunications Act of 1996, 47 U.S.C. §332(c)(7) and the Federal Civil Rights Act, 42 U.S.C. §1983.

2. An enlargement of time to file a responsive pleading is needed to enable the Defendants to investigate the basis for the claims and to prepare their defense.

3. There is no prejudice to the Court or to the Plaintiffs if this motion is granted.

WHEREFORE, Defendants request that they be permitted up to and including January 30, 2004 to file their responsive pleading.

ASSENTED TO:

MCF COMMUNICATIONS, INC., ET AL.

By their attorney,

Peter B. Morin (BBO# 355155)
McDermott, Quilty & Miller, P.C.
21 Custom House Street, Suite 300
Boston, MA 02110
(617) 946-4600

210064/STOU/0248

TOWN OF STOUGHTON, ET AL.,

By their attorneys,

Brian W. Riley (BBO# 555385)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT

KOPELMAN AND PAIGE, P. C.

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
SANDRA [illegible]. CHARTON
PATRICIA A. CANTOR
THOMAS [illegible]. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE G[illegible]REE DOYLE
GEOR[illegible]E X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFR[illegible]Y A. HONIG
MICHELE E. RANDAZZO
GREG[illegible] J. CORBO
RICHARD [illegible] HOLLAND
LIS[illegible] C. ADAMS
ELIZABET[illegible] R. CORBO
MARCELIN[illegible] LA BELLA
VIC[illegible] S. MARSH
JOHN J. [illegible]OLDROSEN
SHIR[illegible]N EVERETT
BRIAN E. [illegible]LENNON, II
JONATHAN [illegible] EICHMAN
LAU[illegible] H. PAWLE
TODD A. [illegible]RAMPTON
JA[illegible]KIE COWIN
SARAH [illegible] TURNER

FILED
IN CLERKS OFFICE
2004 JAN -6 A 11: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 5, 2004

Clerk
United States District Court For
The District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: MFC Communications, Inc., et al. v. The Town of Stoughton, et al.
(Stoughton Board of Appeals)
United States District Court (District of Massachusetts), C.A. No. 03CV12517-MEL

Dear Sir/Madam:

Enclosed for filing in the above-referenced litigation please find Assented-to Motion [illegible] Enlarge Time for Defendants to File Responsive Pleading.

Thank you for your attention to this matter.

Very truly yours,

Patricia A. Cantor

PAC/rlf
Enc.
cc: Town Manager
Zoning Board of Appeals
Peter B. Morin, Esq.
210072/60700/0524