UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03CV12517 – MEL

| | |
|---|---|
| MCF COMMUNICATIONS, INC. and<br>OMNIPOINT HOLDINGS, INCORPORATED<br><br>Plaintiff<br><br>v.<br><br>THE TOWN OF STOUGHTON,<br>THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS,<br>and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO<br>DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL,<br>and WILLIAM FRANCIS, individually and as they are members of the<br>STOUGHTON ZONING BOARD OF APPEALS<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

I, Peter B. Morin, attorney for Plaintiffs, MCF Communications, Inc. and Omnipoint Holdings, Inc, hereby certify upon oath that I served the Defendants in the above-matter pursuant to Rule 4 of the Federal Rules of Civil Procedure, by mailing a copy of the Summons and Complaint, Certified Mail, Return Receipt Requested to Allan R. Katz, Chairman of the Town of Stoughton Zoning Board of Appeals, and to the Town Clerk of the Town of Stoughton, on December 16, 2003. The original returned receipts are annexed hereto showing receipt by each party of said documents on December 17, 2003.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3rd DAY OF FEBRUARY, 2004.

*[signature]*
Peter B. Morin, BBO# 355155
McDermott, Quilty & Miller LLP
21 Custom House Street, Suite 300
Boston, MA 02110
(617) 946-4600

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon the attorney of record for the defendants by mail on February 4, 2004.

*[signature]*
Peter B. Morin

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bonnie Poore*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Bonnie Poore<br>C. Date of Delivery: 12/17/03 |
| 1. Article Addressed to:<br><br>Town Clerk<br>Town of Stoughton<br>Town Hall<br>10 Pearl Street<br>Stoughton, MA 02072 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0460 0001 9806 3196 |

PS Form 3811, August 2001          Domestic Return Receipt    MCF Comm. & Omniopoint...M-1540
                                                              vs. The Town of Stoughton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Allan R. Katz, Chairman
   Zoning Board of Appeals
   Town of Stoughton
   10 Pearl Street
   Stoughton, MA 02072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Bonnie Poore
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name)
   Bonnie Poore

C. Date of Delivery
   12/17/03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0460 0001 9806 3189

PS Form 3811, August 2001    Domestic Return Receipt

RE: MCF Comm. & Omnipoint vs. Town of Stoughton