UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03CV12517 - MEL

| | |
|---|---|
| MCF COMMUNICATIONS, INC. and<br>OMNIPOINT HOLDINGS, INCORPORATED<br><br>Plaintiff<br><br>v.<br><br>THE TOWN OF STOUGHTON,<br>THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS,<br>and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO<br>DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL,<br>and WILLIAM FRANCIS, individually and as they are members of the<br>STOUGHTON ZONING BOARD OF APPEALS<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties submit the following Joint Statement pursuant to Local Rule 16.1(D):

I.   Nature of the Case

The plaintiffs, MCF Communications, Inc. ("MCF") and Omnipoint Holdings, Inc. ("Omnipoint"), appeal the denial by the Town of Stoughton Board of Appeals (the "Board") of an application for a special permit and variance to construct a wireless telecommunications tower at 76 Jordan Drive, Stoughton, Massachusetts. The Plaintiffs allege that the denial of the applications violates the federal Telecommunications Act of 1996, 47 U.S.C. §332(c), and the Civil Rights Act, 42 U.S.C. §1983. The Board denies Omnipoint's allegations.

Proposal for Status Conference

The parties have engaged in limited settlement discussions. The facts are not voluminous or complicated. The Plaintiffs expect to prepare a Motion for Summary Judgment within 45

days. The parties expect that any discovery can be addressed through informal means, since the record of the zoning hearing is well defined. The parties will cooperate on the submission of an agreed upon record. Both sides desire that the Motion be heard and decided on an expedited basis.

II.     Alternate Proposal for Discovery and Trial Schedule

The Plaintiffs propose to file their Motion for Summary Judgment on or before June 1, 2004. Defendants will respond by July 15, 2004.

Should the case not be resolved on Summary Judgment, the parties propose the following schedule:

1.  Expedited discovery (if necessary) completed by October 1, 2004.

2.  Pre-trial conference scheduled on or before December 1, 2004.

3.  Trial (two days) on or before January 1, 2005.

III.    Certifications

The parties will submit under separate covers the certifications mandated by Local Rule 16.1(D)(3).

Dated: March 17, 2004

| MCF Communications, Inc. and Omnipoint Holdings, Inc. By their attorney, | Town of Stoughton and the Town of Stoughton Zoning Board of Appeals, By their attorney, |
|---|---|
| _/s/ Peter B. Morin_ | _/s/ Patricia A. Cantor_ |
| Peter B. Morin, Esquire #355155 McDermott Quilty & Miller LLP 21 Custom House Street Boston, MA 02110 617-946-4600 | Patricia A. Cantor, Esquire Kopelman & Paige, P. C. 31 St. James Street Boston, MA 02116 617-556-0007 |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____