UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03CV12517-MEL

MFC COMMUNICATIONS, INC. and
OMNIPOINT HOLDINGS,
INCORPORATED,

    Plaintiffs

v.

THE TOWN OF STOUGHTON, THE TOWN
OF STOUGHTON ZONING BOARD OF
APPEALS, and ALLAN R. KATZ, EDWARD
F. COPPINGER, ORLANDO
DiGIAMPIETRO, HERBERT MUSMON,
STEVEN D. MITCHELL, and WILLIAM
FRANCIS, individually and as they are
members of the STOUGHTON ZONING
BOARD OF APPEALS,

    Defendants

LOCAL RULE 16.1(D)
CERTIFICATE OF CONFERRAL

    Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and party hereby certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Chairman, Zoning Board of Appeals

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____

214446/60700/0524

_____
Brian W. Riley (BBO# 555385)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007