FILED
IN CLERKS OFFICE
2004 JUN 8 P 12:24
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03CV12517 – MEL

| | |
|---|---|
| MCF COMMUNICATIONS, INC. and<br>OMNIPOINT HOLDINGS, INCORPORATED<br><br>Plaintiff<br><br>v.<br><br>THE TOWN OF STOUGHTON,<br>THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS,<br>and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO<br>DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL,<br>and WILLIAM FRANCIS, individually and as they are members of the<br>STOUGHTON ZONING BOARD OF APPEALS<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO REVISE SCHEDULE

The parties hereby request that the litigation schedule approved by the Court be enlarged so that Plaintiff's Motion for Summary Judgment would be due on July 1, 2004 and that the defendant's response would be due on August 15, 2004. The parties also request that the hearing on summary judgment be rescheduled from September 13, 2004, to September 27, 2004.

As grounds for this motion, the parties say that there would be no prejudice to the parties or the Court from this extension; and that while the parties have made significant progress on settlement discussions, additional time is required in order to perform visibility tests on a

proposed alternative structure. In the event that the litigation is not resolved, the parties request that the summary judgment hearing be rescheduled in order to accommodate the schedule of the defendants' counsel.

Respectfully submitted,

| | |
|---|---|
| MCF Communications, Inc. and<br>Omnipoint Holdings, Inc.<br>By their attorney,<br><br>_____<br>Peter B. Morin, Esquire #355155<br>McDermott Quilty & Miller LLP<br>21 Custom House Street<br>Boston, MA 02110<br>617-946-4600 | Town of Stoughton and the Town of Stoughton<br>Zoning Board of Appeals,<br>By their attorneys,<br><br>_____<br>Brian W. Riley, Esquire #555385<br>Patricia A. Cantor, Esquire #072380<br>Kopelman & Paige, P. C.<br>Town Counsel<br>31 St. James Street<br>Boston, MA 02116<br>617-556-0007 |