FILED
IN CLERKS OFFICE
2004 JUL -1 P 11: 50
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03CV12517 – MEL

| | |
|---|---|
| MCF COMMUNICATIONS, INC. and <br> OMNIPOINT HOLDINGS, INCORPORATED <br><br> Plaintiff <br><br> v. <br><br> THE TOWN OF STOUGHTON, <br> THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, <br> and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO <br> DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, <br> and WILLIAM FRANCIS, individually and as they are members of the <br> STOUGHTON ZONING BOARD OF APPEALS <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO REVISE SCHEDULE

The parties hereby request that the litigation schedule approved by the Court be revised as follows:

Plaintiff's Motion for Summary Judgment due on August 13, 2004;

Defendant's s response due September 24, 2004;

Summary Judgment argued October 15, 2004

Expert discovery complete November 1, 2004;

Pre-trial conference December 17, 2004;

Trial date January, 2005.

As grounds for this motion, the parties say that there would be no prejudice to the parties or the Court from this extension; and that scheduling conflicts have pushed off the designated date for a visibility test to July 10, 2004. The revised schedule will permit both parties to completely evaluate the prospect for settlement before engaging in further litigation.

Respectfully submitted,

| MCF Communications, Inc. and<br>Omnipoint Holdings, Inc.<br>By their attorney, | Town of Stoughton and the Town of Stoughton<br>Zoning Board of Appeals,<br>By their attorneys, |
|---|---|
| _/s/ Peter B. Morin_<br>Peter B. Morin, Esquire #355155<br>McDermott Quilty & Miller LLP<br>21 Custom House Street<br>Boston, MA 02110<br>617-946-4600 | _/s/ Pat Cantor_<br>Brian W. Riley, Esquire #555385<br>Patricia A. Cantor, Esquire #072380<br>Kopelman & Paige, P. C.<br>Town Counsel<br>31 St. James Street<br>Boston, MA 02116<br>617-556-0007 |