UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03CV12517-MEL

MFC COMMUNICATIONS, INC. and OMNIPOINT HOLDINGS, INCORPORATED,

    Plaintiffs

v.

THE TOWN OF STOUGHTON, THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, and WILLIAM FRANCIS, individually and as they are members of the STOUGHTON ZONING BOARD OF APPEALS,

    Defendants

DEFENDANTS' MOTION
TO DISMISS COUNT VII

    The Town of Stoughton ("Town"), the Zoning Board of Appeals of the Town of Stoughton, and Allan R. Katz, Edward F. Coppinger, Orlando DiGiampietro, Herbert Musmon, Steven D. Mitchell, and William Francis, as members of the Stoughton Zoning Board of Appeals ("Zoning Board of Appeals"), hereby move that Count VII of the Complaint, a claim under 42 U.S.C. §1983, in the above-entitled action be dismissed under F.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted.

    In support of this Motion, the Defendants rely on the following:

    1.    The Complaint is brought under the Telecommunications Act of 1996, 47 U.S.C. §332(c)(7) ("TCA"), from the November 21, 2003 written decision of the Zoning Board of Appeals denying a variance in order to subdivide a lot to create a second

lot to construct a 190-foot-high telecommunications tower at 76 Jordan Road, Stoughton, Massachusetts and from the December 12, 2003 written decision of the Zoning Board of Appeals denying special permit to install for the proposed tower. Complaint ¶¶39, 41, Exhibits A and B.

2. Count VII of the Complaint alleges that the denials "are in violation of the Reconstruction Civil Rights Act, 42 U.S.C. §1983." Complaint ¶¶70 – 75.

3. Under the TCA, the Plaintiffs may not recover under 42 U.S.C. §1983.

The Town and the Board of Zoning Appeals also rely on their Memorandum of Law filed herewith. By filing this motion, the Town and the Zoning Board of Appeals do not waive any other defenses regarding the Plaintiffs' Complaint.

WHEREFORE, the Town and the Zoning Board of Appeals move that Count VII be dismissed and that any relief, based on that Count (See Complaint, Relief ¶¶5 and 6) be denied.

TOWN OF STOUGHTON, ET AL.,

By their attorneys,

/s/ Patricia A. Cantor
Brian W. Riley (BBO# 555385)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

227358/60700/0524

2