UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03 CV 12517 MEL

MCF COMMUNICATIONS, INC. and )
OMNIPOINT HOLDINGS, INCORPORATED )
 )
 )
                    Plaintiff )
 )
v. )
 )
 )
THE TOWN OF STOUGHTON, )
THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, )
and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO )
DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, )
and WILLIAM FRANCIS, individually and as they are members of the )
STOUGHTON ZONING BOARD OF APPEALS )
 )
 )
                    Defendants )

## PLAINTIFFS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, the Plaintiffs MCF Communications, Inc. ("MCF") and Omnipoint Holdings, Inc. (hereinafter "Omnipoint") respectfully move for entry of Summary Judgment and an Order directing the Town of Stoughton, the Stoughton Zoning Board of Appeals and the individual members thereof (hereinafter the "Town"), to issue a variance, special permit and a building permit to Omnipoint for the construction of a 190' telecommunications monopole and related equipment

The denial of the variance and special permit applications werre not supported by substantial evidence in the written record and the decisions impermissibly prohibit the provision of personal wireless telecommunications services. The applicants are entitled

to summary judgment because there is no genuine issue as to any material fact and, as a matter of law, the Town's action in denying their requests for zoning relief were not based on substantial evidence and have the effect of prohibiting wireless services in contravention of the Telecommunications Act of 1996. The applicants' remedy for such a violation is an order mandating the Town to grant the variance and special permit and to issue a building permit therefor.

In support of this motion, the applicants refer to and rely upon the attached Memorandum, and the following exhibits, attached hereto:

| | |
|---|---|
| Exhibit A: | Affidavit of Bradford Gannon |
| Exhibit B: | Stoughton Zoning By-law and Map |
| Exhibit C: | Zoning Applications (and related materials) |
| Exhibit D: | Minutes of Board of Appeals Hearings |
| Exhibit E: | Visibility Demonstration Photographs |
| Exhibit F: | Variance Decision |
| Exhibit G: | Special Permit Decision |

WHEREFORE, MCF and Omnipoint respectfully requests that the Court grant their motion for summary judgment, thereby mandating the Town to grant the variance and special permit and to issue a building permit therefor.

## REQUEST FOR HEARING

The Plaintiffs respectfully request a hearing on this motion.

Respectfully submitted,
The Plaintiffs,
MCF Communications, Inc. and
Omnipoint Holdings, Inc.
By their attorneys,

_____
Peter B. Morin, BBO# 355155
McDermott, Quilty & Miller LLP
21 Custom House Street, Suite 300
Boston, MA  02110
617-946-4600

## CERTIFICATE OF SERVICE

I, Peter B. Morin, hereby certify that on this __ day of August, 2004, I served a copy of this document, together will all attachments and accompanying Memorandum In Support of Motion for Summary Judgment, via first class U.S. mail, postage prepaid, upon all counsel of record.

_____
Peter B. Morin