UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03CV12517-MEL

MCF COMMUNICATIONS, INC. and OMNIPOINT HOLDINGS, INCORPORATED,

    Plaintiffs

v.

THE TOWN OF STOUGHTON, THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, and WILLIAM FRANCIS, individually and as they are members of the STOUGHTON ZONING BOARD OF APPEALS,

    Defendants

DEFENDANTS' STATEMENT UNDER LOCAL RULE 56.1

In accordance with Local Rule 56.1 and, if the Court does not affirm the decision of the Stoughton Board of Appeals and deny summary judgment to the plaintiffs (see defendants' Opposition to Plaintiffs' Motion for Summary Judgment ["Opposition"]), Defendants dispute the following facts, as stated in the Memorandum in Support of Plaintiffs' Motion for Summary Judgment, p. 11[1]/:

    Plaintiffs' Statement #1:
    "Omnipoint established that it had a significant gap in its coverage in the southwestern portion of Stoughton and the neighboring portion of the Town of Sharon."

        Disputed: Affidavit of David P. Maxson ("Maxson Aff.") ¶¶32-38, 51-52.

    Plaintiffs' Statement #2:
    "The applicants established that they undertook an extensive search and analysis of potentially available sites within the coverage area."

---

[1]/    Plaintiffs did not file a separate Statement of Undisputed facts, as required by the rule.

Disputed: Maxson Aff. ¶¶46-47, 51, 54, 58, 64.

Plaintiffs' Statement #3:
"The applicants established that they were unable to find an economically feasible alternative site."

Disputed: Maxson Aff. ¶¶46-47, 58-63.

Plaintiffs' Statement 4:
"The Stoughton Zoning By-law renders it economically unfeasible to construct a wireless facility that complied with the dimensional requirements in the by-law."

Disputed: Opposition, Exhibit A (Stoughton Zoning By-law); Maxson Aff. ¶¶58-63.

TOWN OF STOUGHTON, ET AL.,

By their attorneys,

_____
Brian W. Riley (BBO# 555385)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116

231815/60700/0524

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on September 24, 2004