UNITE D STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03CV12517-MEL

| | |
|---|---|
| MCF COMMUNICATIONS, INC. and OMNIPOINT HOLDINGS, INCORPORATED,<br><br>    Plaintiffs<br><br>v.<br><br>THE TOWN OF STOUGHTON, THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, and WILLIAM FRANCIS, individually and as they are members of the STOUGHTON ZONING BOARD OF APPEALS,<br><br>    Defendants | CERTIFICATE OF CONFERRAL UNDER LOCAL RULE 7.1 |

I, Patricia A. Cantor, hereby state:

1. I am counsel of record to the Defendants in the above-captioned matter.

2. I hereby certify that I have conferred with counsel for plaintiffs in a good faith effort to resolve or narrow the issue raised in the Motion to Strike Affidavit of Bradford Gannon filed by plaintiffs in opposition to defendants' Motion to Dismiss Count VII.

TOWN OF STOUGHTON, ET AL.,

By their attorneys,

/s/ Patricia A. Cantor
Brian W. Riley (BBO# 555385)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

233243/60700/0524