UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03 CV 12517 MEL

| | |
|---|---|
| MCF COMMUNICATIONS, INC. and <br> OMNIPOINT HOLDINGS, INCORPORATED <br> <br> Plaintiff <br> <br> v. <br> <br> THE TOWN OF STOUGHTON, <br> THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, <br> and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO <br> DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, <br> and WILLIAM FRANCIS, individually and as they are members of the <br> STOUGHTON ZONING BOARD OF APPEALS <br> <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LEAVE TO FILE REPLY**

The Plaintiffs request leave to file a Reply Memorandum and reply affidavits from Anna Adkins and Bradford Gannon in order to reply to a limited number of matters raised in the Defendant's Opposition to Plaintiffs' Motion for Summary Judgment:

As reason therefore, the Plaintiffs state that factual matters raised for the first time in the Affidavit of David Maxson require evidentiary response in order to fairly present both sides of certain issues; additionally, Defendant has raised a standing issue that warrants a response, since the issue is jurisdictional.

Respectfully submitted,
The Plaintiffs,
MCF Communications, Inc. and
Omnipoint Holdings, Inc.
By their attorneys,

_____
Peter B. Morin, BBO# 355155
McDermott, Quilty & Miller LLP
21 Custom House Street, Suite 300
Boston, MA 02110
617-946-4600

## CERTIFICATE OF SERVICE

I, Peter B. Morin, hereby certify that on this 13th day of October, 2004, I served a copy of this document, together with all attachments via hand delivery upon all counsel of record.

_____
Peter B. Morin