UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 13  P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 03 CV 12517 MEL

MCF COMMUNICATIONS, INC. and )
OMNIPOINT HOLDINGS, INCORPORATED )
)
)
Plaintiff )
)
v. )
)
)
THE TOWN OF STOUGHTON, )
THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, )
and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO )
DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, )
and WILLIAM FRANCIS, individually and as they are members of the )
STOUGHTON ZONING BOARD OF APPEALS )
)
)
Defendants )

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Plaintiffs request leave to file an Amended Complaint.

As reason therefore, the Plaintiffs state that the Defendants have sought to dismiss Plaintiff's Count VII, alleging a violation of their civil rights in connection with the denial of their applications to permit a wireless telecommunications services facility. In response, the Plaintiffs have sought to demonstrate through affidavit that there are predicate facts that support their civil rights claim. As the Defendants now ask the Court to strike the affidavit, in part because it does not support any facts contained in the Complaint, justice is served by the Plaintiffs providing a more definite statement of the nature of their civil rights claims.

Respectfully submitted,
The Plaintiffs,
MCF Communications, Inc. and
Omnipoint Holdings, Inc.
By their attorneys,

_____
Peter B. Morin, BBO# 355155
McDermott, Quilty & Miller LLP
21 Custom House Street, Suite 300
Boston, MA 02110
617-946-4600

## CERTIFICATE OF SERVICE

I, Peter B. Morin, hereby certify that on this 13th day of October, 2004, I served a copy of this document, together with all attachments via hand delivery, upon all counsel of record.

_____
Peter B. Morin