| | **KOPELMAN AND PAIGE, P. C.** | |
|---|---|---|
| LEONARD KOPELMAN | | WILLIAM HEWIG III |
| DONALD G. PAIGE | ATTORNEYS AT LAW | JEANNE S. McKNIGHT |
| ELIZABETH A. LANE | | KATHLEEN M. O'DONNELL |
| JOYCE FRANK | 31 ST. JAMES AVENUE | PATRICIA A. CANTOR |
| JOHN W. GIORGIO | | THOMAS P. LANE, JR. |
| BARBARA J. SAINT ANDRE | BOSTON, MASSACHUSETTS 02116-4102 | MARY L. GIORGIO |
| JOEL B. BARD | | THOMAS W. McENANEY |
| JOSEPH L. TEHAN, JR. | | KATHARINE GOREE DOYLE |
| THERESA M. DOWDY | (617) 556-0007 | LAUREN F. GOLDBERG |
| DEBORAH A. ELIASON | FAX (617) 654-1735 | JEFFREY A. HONIG |
| RICHARD BOWEN | | MICHELE E. RANDAZZO |
| DAVID J. DONESKI | | GREGG J. CORBO |
| JUDITH C. CUTLER | PITTSFIELD OFFICE | RICHARD T. HOLLAND |
| KATHLEEN E. CONNOLLY | (413) 443-6100 | ELIZABETH R. CORBO |
| DAVID C. JENKINS | | MARIA C. ROTA |
| MARK R. REICH | NORTHAMPTON OFFICE | VICKI S. MARSH |
| BRIAN W. RILEY | (413) 585-8632 | JOHN J. GOLDROSEN |
| DARREN R. KLEIN | | SHIRIN EVERETT |
| JONATHAN M. SILVERSTEIN | | BRIAN E. GLENNON, II |
| ANNE-MARIE HYLAND | WORCESTER OFFICE | JONATHAN D. EICHMAN |
| JASON R. TALERMAN | (508) 752-0203 | JOSEPH S. FAIR |
| GEORGE X. PUCCI | | LAURA H. PAWLE |
| | | CAROLYN M. MURRAY |
| | | JACKIE COWIN |
| | October 15, 2004 | SARAH N. TURNER |
| EDWARD M. REILLY | | JEFFREY T. BLAKE |
| DIRECTOR WESTERN OFFICE | | R. ERIC SLAGLE |

<u>BY FACSIMILE (617) 946-4624</u>

Peter B. Morin, Esq.
McDermott, Quilty & Miller, P.C.
21 Custom House Street
Boston, MA 02110

Re:     MCF Communications, Inc., et al. v. The Town of Stoughton, et al.
        (Stoughton Board of Appeals)
        <u>United States District Court (District of Massachusetts), C.A. No. 03CV12517-MEL</u>

Dear Mr. Morin:

    I have received your Motion to Amend Complaint. Please be advised that I did not agree that the motion could be heard on October 21, 2004, when my motion to dismiss and your motion for summary judgment are already scheduled. We did agree that my motion to strike the Affidavit of Bradford Gannon could be heard at that time, as well as your Motion for Leave to File Reply, but I will want the time allowed under the rules to respond to your motion to amend the Complaint.

                        Very truly yours,

                        Patricia A. Cantor

PAC/rlf
cc:     Town Manager
        Zoning Board of Appeals
        Docket Clerk to Judge Lasker (by facsimile – 617-748-9096)
233891/60700/0524

OCT 1 8 2004