UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03CV12517 – MEL

| | |
|---|---|
| MCF COMMUNICATIONS, INC. and OMNIPOINT HOLDINGS, INCORPORATED | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| THE TOWN OF STOUGHTON, THE TOWN OF STOUGHTON ZONING BOARD OF APPEALS, and ALLAN R. KATZ, EDWARD F. COPPINGER, ORLANDO DiGIAMPIETRO, HERBERT MUSMON, STEVEN D. MITCHELL, and WILLIAM FRANCIS, individually and as they are members of the STOUGHTON ZONING BOARD OF APPEALS | ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## JOINT MOTION TO REVISE SCHEDULE

The parties hereby request that the litigation schedule approved by the Court be revised as follows:

Expert discovery completed by May 1, 2005;

Pre-trial conference July 1, 2005;

Trial date September, 2005.

As grounds for this motion, the parties say that there would be no prejudice to the parties or the Court from this extension; and that the parties are continuing with ongoing settlement discussions which may avoid the necessity of further litigation. The revised schedule will permit

both parties to completely evaluate the prospect for settlement before engaging in further

litigation.


Respectfully submitted,


MCF Communications, Inc. and
Omnipoint Holdings, Inc.
By their attorney,

Peter B. Morin, Esquire #355155
McDermott Quilty & Miller LLP
21 Custom House Street
Boston, MA 02110
617-946-4600

Town of Stoughton and the Town of Stoughton
Zoning Board of Appeals,
By their attorneys,

Brian W. Riley, Esquire #555385
Patricia A. Cantor, Esquire #072380
Kopelman & Paige, P. C.
Town Counsel
31 St. James Street
Boston, MA 02116
617-556-0007